# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 9:11-CR-14 |
| | § | |
| STACY REE GARCIA | § | |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [doc. #17]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with no additional supervision to follow.

The parties have not objected to Judge Giblin's report, and the defendant waived her right to be present and allocute at sentencing. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [doc. # 17] are **ADOPTED.** The Court finds that Defendant, Stacy Ree Garcia, violated conditions of her

supervised release.  The Court accordingly **ORDERS** that the defendant's term of supervision is **REVOKED**.  Pursuant to the magistrate judge's recommendation, the Court **ORDERS** the defendant to serve a term of eighteen (18) months imprisonment for the revocation.  The Court recommends that she be incarcerated in the Federal Prison Camp in Bryan, Texas, to serve her sentence.  No further term of supervised release is ordered.

So **ORDERED** and **SIGNED** this **15** day of **December, 2011.**

_____
Ron Clark, United States District Judge